```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
FRANKIE MONEGRO,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :           20-CV-7678 (VSB)
               -against-                                    :
                                                            :                ORDER
APPLIANCEPARTSPROS.COM, INC.,                               :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

The parties filed a notice of settlement in this action on November 4, 2020, stating their intent to stipulate to dismissal or otherwise formally seek to end this action by January 3, 2021. (Doc. 8.)  The parties never followed through on their stated intent.  As such, the parties are hereby ORDERED to submit a joint status letter to the Court by August 20, 2021.  Failure to do so may result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 16, 2021
          New York, New York

_____
VERNON S. BRODERICK
United States District Judge